DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN HARPER,**
Appellant,

v.

**HOWMEDICA OSTEONICS CORP., ET AL.,**
Appellees.

No. 4D20-2433

[October 28, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Patti E. Henning, Judge; L.T. Case No. CACE14-008074.

Kenneth D. Cooper, Fort Lauderdale, for appellant.

Alexis Fields of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***